FILED

09/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0306

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. DA 21-0306

| | |
|---|---|
| YELLOWSTONE COUNTY,<br>  *Plaintiff and Appellant*<br><br>vs.<br><br>KENNETH HANNEN,<br>  *Defendant and Appellee* | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S ANSWER BRIEF** |

Pursuant to the authority granted under Mont. R. App. P. 26(1), upon consideration of Appellee Kenneth Hannen's *Unopposed Motion for Extension of Time to File Appellee's Answer Brief*, and for good cause appearing therefore:

IT IS HEREBY ORDERED that Appellee's motion is GRANTED. Appellee Kenneth Hannen shall have up to and including October 25, 2021, within which to file and serve his Answer Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 22 2021